# Exhibit A

Image ID:
D00867029D01

**SUMMONS**

Doc. No.   867029

IN THE DISTRICT COURT OF Douglas COUNTY, NEBRASKA
1701 Farnam-Clerk of District Court
1717 Harney-Separate Juvenile Court
Omaha                    NE 68183

Millard Gutter Company v. Safeco Insurance Co.

Case ID: CI 23    5723

TO:  Safeco Insurance Co.
DBA: Liberty Mutual Ins. Agency        DBA: Liberty Mutual Ins. Group, Inc.

You have been sued by the following plaintiff(s):

    Millard Gutter Company

Plaintiff's Attorney:    Philip O Cusic
Address:                 1350 Woodmen Tower
                         Omaha, NE 68102

Telephone:               (402) 348-0900

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Nebraska Supreme Court Rule 2-208 requires individuals involved in a case who
are not attorneys and representing themselves to provide their email address to
the court in order to receive notice by email from the court about the case.
Complete and return the attached form to the court if representing yourself.
This document is not the same as a response to the lawsuit which must be filed
as a separate document.

Date:  JULY 19, 2023        BY THE COURT: *Crystal Rhoades*
                                          Clerk

Image ID:
D00867029D01

**SUMMONS**

Doc. No.   867029

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

        Safeco Insurance Co.
        233 South 13th St
        Suite 1900
        Lincoln, NE 68508

Method of service:  Certified Mail

You are directed to make such service within ten days after the date of issue,
and file with the court clerk proof of service within ten days after the signed
receipt is received or is available electronically, whichever occurs first.

## REGISTRATION OF EMAIL ADDRESS FOR SELF REPRESENTED LITIGANT

```
IN THE DISTRICT COURT OF Douglas COUNTY, NEBRASKA
         1701 Farnam-Clerk of District Court
         1717 Harney-Separate Juvenile Court
         Omaha              NE 68183


Case ID:  D   1  CI  23    5723

Millard Gutter Company v. Safeco Insurance Co.
```

I am currently representing myself in the court case above.

I am not registered with the court-authorized service provider.

I must register my email address with the court before I have filed any documents in this case, or within 10 days after I received a notice from the court. This is required by Neb. Ct. R. § 2-208(C)(1).

If I do not have the ability to receive emails, I must use this form to tell the court why I cannot get email service.

☐ My email address where I will receive notices from the court for this case is:

_____

I understand that emailing documents to this email address is considered to meet legal notice requirements.

I am responsible to notify the court if I change my email address or other contact information by completing the Change of Contact Information form (DC 3:02). Neb. Ct. R. §§ 2-208(E).

☐ I do not have the ability to receive emails. The reason I cannot receive email is:

_____
_____
_____

| | |
|---|---|
| _____ | _____ |
| Signature | Date |
| _____ | _____ |
| Name | Street Address/P.O. Box |
| _____ | _____ |
| Phone | City/State/ZIP Code |

## IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

MILLARD GUTTER COMPANY,   )
a Corporation d/b/a MILLARD ROOFING )   CASE NO: CI
AND GUTTER,   )
   )
            Plaintiff,   )
   )   **COMPLAINT**
   )
vs.   )
   )
SAFECO INSURANCE COMPANY., A )
LIBERTY MUTUAL INSURANCE CO. )
a/k/a LIBERTY MUTUAL INSURANCE )
AGENCY a/k/a LIBERTY MUTUAL )
INSURANCE GROUP, INC.,   )
   )
            Defendant. )

COMES NOW, Millard Gutter Company, d/b/a/ Millard Roofing and Gutter, by through its attorneys, and for its Complaint against the Defendant Safeco Insurance Company, states and alleges as follows:

### PARTIES JURISDICTION AND VENUE

1. Millard Roofing and Gutter ("Millard Roofing") is a Nebraska corporation with its principal place of business at 14545 Industrial Rd., Omaha, Nebraska, 68114, doing business in Omaha, Douglas County, Nebraska and elsewhere.
2. Defendant Safeco Insurance Co. ("Safeco"), a Liberty Mutual Insurance Co., a/k/a Liberty Mutual Insurance Agency, a/k/a Liberty Mutual Group, Inc., is an insurance company doing business in Omaha, Douglas County, Nebraska, and elsewhere.
3. Jurisdiction is proper as to Safeco pursuant to Neb. Rev. Stat §25-536.
4. Venue is proper pursuant to Neb. Rev. Stat. §25-503.01 because it is the venue in which the cause of action accrued.

## FACTS

5. Millard Roofing is the assignee of various insured property owners, more
   fully and identified below and in Exhibit "A" attached here to and
   incorporated herein by reference. Such Insureds of Safeco have assigned
   their right to any proceeds under a policy of insurance issued by Safeco to
   Millard Roofing:
   a. Mike Reynolds
      i.   Claim number: 037855233
      ii.  Address: 9990 Fieldcrest Dr. Omaha, NE 68114
      iii. Assignment date: July 20, 2018
   b. Mike Reynolds
      i.   Claim Number 041131192-01
      ii.  Address: 9990 Fieldcrest Dr. Omaha, NE 68114
      iii. Assignment date: October 17, 2019
   c. Shawn Dunsmore
      i.   Claim number: 040439326-01
      ii.  Address: 302 Hackberry Rd., Omaha, NE 68132
      iii. Assignment date: July 22, 2019
   a. Molly Erftmier
      i.   Claim number : 040151469
      ii.  Address: 9742 Brentwood Rd., Omaha, NE. 68114
      iii. Assignment date: June 11, 2019
   b. Aaron Keller
      i.   Claim number: 040196942-01
      ii.  Address: 17456 L St., Omaha, NE. 68135
      iii. Assignment date: August 20, 2019
   c. Jana Rose
      i.   Claim number: 040264108
      ii.  Address: 3038 S 109 St., Omaha, NE. 68144
      iii. Assignment date: June 26, 2019

6. Safeco issued insurance policies to the insureds/assignors ("the Insureds"),
   more fully identified in Exhibit "A".

7. Millard Roofing forwarded a copy of an assignment of rights under the policy, including the right to proceeds, executed by the Insureds to Safeco, identified in Exhibit "A".

8. Pursuant to Nebraska law, the subject assignments are valid assignments of the right to proceeds under the insurance policies issued by Safeco.

9. Pursuant to the policies, Safeco was obligated to pay for losses to the Insureds' property resulting from any peril not otherwise excluded within the policies.

10. The Insureds sustained property related losses due to storms which included damage arising from wind, hail and/or rain. The damages suffered by the Insureds are covered under the policies issued by Safeco.

11. The policies were in full force and effect at the time of the losses.

12. The Insureds and/or Millard Roofing, as assignee, promptly and properly made claims to Safeco for insurance benefits under the policies and fulfilled all of their post-loss duties required of the Insureds under the policies, except any obligations which may have been prevented or waived by Safeco.

13. As assignee, Millard Roofing has satisfied all of those matters properly required of it under the policy, including substantial compliance with all conditions precedent or, alternatively, performance of all obligations that have not been excused by virtue of the acts, representations or conduct of Safeco.

14. Millard Roofing has made demand upon Safeco to advise it of any further information or documentation that it needs to process the claims of the Insureds and Safeco has failed to identify any information, documents or other matters which it needs to process the claims.

## BREACH OF CONTRACT

15. Millard Roofing reincorporates and restates allegations set forth in paragraphs 1-14 hereinabove by this reference.

16. Notwithstanding the fact that Millard Roofing obtained valid assignments of rights under the policies issued by Safeco, Safeco has failed to pay Millard Roofing amounts due under the policies for work it performed on the Insureds' property, despite notice of the assignment of the claims to Millard Roofing.

     a. Upon information and belief, payments were discontinued and/or did not occur for assignments/claims detailed in Exhibit "A".

17. Pursuant to the terms of the policies and Nebraska law, Safeco has a contractual obligation to pay the full amount of the losses, including the cost of repair, restore or replace the damages, less the applicable deductible.

18. Safeco has breached the policies by failing to pay Millard Roofing all benefits due and owing under the policies.

19. Safeco's failure to make direct payment to Millard Roofing is unlawful and contrary to the terms of the applicable insurance policies and the assignments.

20. Safeco is not entitled to a set-off or offset of any monies paid to the Insureds, or not paid to Millard Roofing.

21. Despite notice of the assignments, Safeco has failed to make complete direct payment to Millard Roofing and/or including Millard Roofing as a payee on any checks or other payments for the losses.

22. Safeco's failure to pay all insurance benefits owed under the policies has caused damage to Millard Roofing.

23. Pursuant to Neb. Rev. Stat. §44-359, a party with an interest in an insurance policy is entitled to recover attorney fees as part of a judgment.

24. Millard Roofing, by virtue of the assignments, is a valid beneficiary of the insurance policies, and upon recovery of a judgment, is also entitled to an award of attorney fees and costs pursuant to Neb. Rev. Stat. §44-359, as well as any other applicable provision of law.

25. Notwithstanding the assignments by Safeco's Insureds to the Plaintiff, Safeco has failed to acknowledge with reasonable promptness recent communications from Plaintiff with respect to claims arising under the Safeco policies.

26. Safeco has failed to adopt and implement reasonable standards for the prompt investigation and settlement of claims arising under its policy, which such claims have been assigned to Plaintiff, including but not necessarily limited to Safeco's failure to promptly investigate and settle claims submitted by the Plaintiff as assignee.

27. Millard Roofing has been harmed by virtue of the wrongful retention and refusal to release funds and is thereby entitled to an award of pre-judgment

interest to compensate it for the wrongful retention and withholding of funds by Safeco.

WHEREFORE, Plaintiff prays that this court enter a judgment against Safeco for all of Millard Roofing's general and special damages in an amount to be determined at trial, together with an award of pre-judgment and post-judgment interest, attorney fees and costs, and any other relief allowed under law.

## DEMAND FOR A JURY TRIAL

Millard Roofing demands trial by jury on all issues so triable.

DATED this 19th day of July 2023.

MILLARD GUTTER COMPANY, a
Corporation d/b/a MILLARD
ROOFING AND GUTTER,
Plaintiff,

By: _____

    Philip O. Cusic, #25666
    Anne Marcotte, #19802
    Sodoro Law Group
    13924 Gold Circle
    Omaha, Nebraska 68144
    (402) 504-9346
    pcusic@sodorolaw.com
    amarcotte@sodorolaw.com
    *Attorneys for Plaintiff*

6506621300                                          P.01/01

**TRANSACTION REPORT**

JUL/20/2018/FRI 07:21 AM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 001 | JUL/20 | 07:20AM | 818882688840 | 0:00:38 | 2 | MEMORY | OK  SG3 | 3428 |

# FAX

**millard**roofing
*& gutter*

14545 Industrial Road #2
Omaha, NE 68144
PH: 402-492-9494

**To: Safeco Insurance**
**Fax Number: 888-268-8840**

**From: Millard Roofing & Gutter**
**Fax Number: 402-965-8001**

**Date: July 20, 2018**

**Regarding:** Claim # 037855233 – Mike Reynolds

**Total Number of Pages:** __2__ (including cover)

☐ **Please Reply**      ☐ **For Review**      ☐ **Urgent**

Please see the following document with authorization to proceed with work and contact us to setup an adjuster meeting.

Thank you,

**Millard Roofing and Gutter**

402-492-9494

**EXHIBIT**
**A**

# FAX

**millard**roofing
& gutter

14545 Industrial Road #2
Omaha, NE 68144
PH: 402-492-9494

**To: Safeco Insurance**
**Fax Number: 888-268-8840**

**From: Millard Roofing & Gutter**
**Fax Number: 402-965-8001**

**Date: July 20, 2018**

**Regarding:** Claim # 037855233 – Mike Reynolds

**Total Number of Pages:** __2__ **(including cover)**

☐ **Please Reply**        ☐ **For Review**        ☐ **Urgent**

Please see the following document with authorization to proceed with work and contact us to setup an adjuster meeting.

Thank you,

Millard Roofing and Gutter

402-492-9494

FAXED



**millard** roofing
*& gutter*

Roofing · Gutters · Siding · Windows · Doors
14545 Industrial Road #2, Omaha, NE 68144
Phone: (402)492-9494, Fax: (402)965-8001
www.millardroofing.net

| Name: | Mike Reynolds | | Date/Time: | 6/29/18 | 2:00 PM |
|---|---|---|---|---|---|
| Address: | 9990 Fieldcrest Dr. | | Primary Phone: | 402-957-0218 | |
| City/State: | Omaha, NE 68114 | | Source: | Marian Leary | |
| Email: | mreynolds50@cox.net | Rep: Josh | Marketing: | | |

## INSURANCE CLAIM INFORMATION

**Cause of Damage:**
☒ Wind ☒ Hail

**Materials Damaged:**
☒ Roofing ☐ Windows ☐ Garage Doors ☐ Paint ☐ Electrical
☒ Gutters ☐ Doors ☐ Siding ☐ Deck ☐ Playset

**Date of Incident:** 5/16/17

Insurance Company: Safeco Insurance Co.
Policy Number: 024626279
Claim Number: 037855233 ☐ OC ☐ RCV Policy ☐ ACV Policy
Amount of Deductible: $6,182/27.

## AGREEMENT TO PROCEED

The undersigned Customer hereby grants authorization to Millard Roofing and Gutter Company to proceed with the insurance repair work on the undersigned's property listed above. Millard Roofing and Gutter Company (hereinafter sometimes "Contractor") is further authorized to negotiate approval for payment or reimbursement of expenses associated with any necessary repair work with the undersigned's insurance company. The undersigned agrees to cooperate in the insurance claim submittal process in order to obtain reimbursement for payment or reimbursement of such work and services, subject to any deductible the undersigned may owe as homeowner. Customer assigns to Contractor the right and power to make demand upon any potentially liable insurance company for payment, subject to Customer's continuing obligation, if any, to make payment of deductible. Customer agrees to execute such other further documentation as may be reasonably necessary to process any claim by Contractor or obtain payment from the insurance company. Customer recognizes that this assignment shall not discharge Customer from its liability for the Contractor's services but Customer shall be entitled to a credit for any payment or reimbursement made by any potentially liable insurance company. Customer authorizes insurance company to make payment directly to Contractor, or to name Contractor as joint-payee on any payment. To the extent that there is extra work, or upgrades, not covered by insurance, which undersigned directs to be undertaken, the undersigned agrees that he/she will remain liable for the expense of any such work that they direct to be undertaken.

Authorized Signature: _Mike L Reynolds_     Date: _7/19/18_

Authorized Representative: _____     Date: _7/20/18_

*We appreciate you giving us the opportunity to assist you.*
*Please feel free to contact us at any time.*

Millard Roofing and Gutter, 14545 Industrial Road #2, Omaha, NE 68144
Phone: (402)492-9494, Fax: (402)965-8001
**www.roofomaha.com**

7504323000                                                    P.01/01

## TRANSACTION REPORT

OCT/17/2019/THU 08:52 AM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 001 | OCT/17 | 08:50AM | 18882688840 | 0:02:03 | 4 | MEMORY | OK ECM | 2830 |

# FAX

**millard**roofing
*& gutter*

14546 Industrial Road #2
Omaha, NE 68144
PH: 402-492-9494

**To:** Safeco Insurance
**Fax Number:** 888-268-8840

**From:** Millard Roofing & Gutter
**Fax Number:** 402-965-8001

**Date:** October 17, 2019

**Regarding:** Claim # 041131192-01 –Mike Reynolds

**Total Number of Pages:** __4__ (including cover)

☐ **Please Reply**        ☐ **For Review**        ☐ **Urgent**

Please see attached assignment of claim benefits. Please contact us to set up an
adjuster meeting.

Thank you,

Millard Roofing and Gutter

402-492-9494

# FAX

**millard**roofing
*& gutter*

14545 Industrial Road #2
Omaha, NE 68144
PH: 402-492-9494

**To:** Safeco Insurance
**Fax Number:** 888-268-8840

**From:** Millard Roofing & Gutter
**Fax Number:** 402-965-8001

**Date: October 17, 2019**

**Regarding:** Claim # 041131192-01 –Mike Reynolds

**Total Number of Pages:** __4__ (including cover)

☐ **Please Reply**        ☐ **For Review**        ☐ **Urgent**

Please see attached assignment of claim benefits. Please contact us to set up an adjuster meeting.

Thank you,

Millard Roofing and Gutter

402-492-9494

FAXED



**millardroofing**
*& gutter*

Roofing · Gutters · Siding · Windows · Doors
14545 Industrial Road #2, Omaha, NE 68114
Phone: (402)492-9494, Fax: (402)965-8001
www.millardroofing.net

| Name: | Mike Reynolds | | Date/Time: | 10/11/19 | 3:00 PM |
|---|---|---|---|---|---|
| Address: | 9990 Fieldcrest Dr. | | Primary Phone: | 402-957-0218 | |
| City/State: | Omaha, NE 68114 | | Source: | Previous Customer | |
| Email: | mreynolds50@cox.net | Rep: Josh Roza | Marketing: | | |

## INSURANCE CLAIM INFORMATION

Cause of Damage: ☐ Wind ☐ Hail  *lightning*    Materials Damaged:    Date of Incident: 10-10-19

☒ Roofing  ☐ Windows  ☐ Garage Doors  ☐ Paint  ☐ Electrical
☒ Gutters  ☐ Doors  ☐ Siding  ☐ Deck  ☐ Playset

Insurance Company: *SafeCo*
Policy Number: OZ 462 6279                        ☐ OC    ☐ RCV Policy    ☐ ACV Policy
Claim Number: 041131193-01
Amount of Deductible:

## AGREEMENT TO PROCEED

The undersigned Customer hereby engages Millard Roofing and Gutter to serve as general contractor (hereinafter "Contractor") to repair the property identified above. Customer authorizes and directs Contractor to proceed with the insurance repair work on the undersigned's property together with any necessary consequential repairs or replacements covered by Customer's insurance policy(ies). Millard Roofing and Gutter Company is further authorized to negotiate approval for payment or reimbursement of expenses associated with any necessary repair work with the undersigned's insurance company. In consideration for Contractor's agreement to undertake and perform the repair and replacement work, Customer assigns any claim, right, interest or benefit under the above described insurance policy, together with any other insurance policy that might provide coverage for the above described loss. Customer agrees to execute such other further documentation as may be reasonably necessary to process any claim by Contractor or obtain payment from the insurance company. Customer recognizes that this assignment shall not discharge Customer from its liability for the Contractor's services but Customer shall be entitled to a credit for any payment or reimbursement made by any potentially liable insurance company. Customer instructs insurance company to make payment directly to Contractor, or to name Contractor as joint-payee on any payment. To the extent that there is extra work, or upgrades, not covered by the insurance claim, which undersigned directs to be undertaken, the undersigned agrees that he/she will remain liable for the expense of any such work that they direct to be undertaken. Customer's payment obligation to Contractor shall be satisfied by the assignment and delivery of all proceeds paid by the insurance company, together with the deductible. The scope of this assignment includes the right and power to make demand upon any potentially liable insurance company for payment for covered repairs and replacement and the right to institute a claim and recover attorney fees, costs and damages in the event the insurance company fails to approve the necessary and appropriate charges or payment for the repairs and replacements. Contractor shall bear all risk and expense of such claim provided Customer otherwise satisfies its obligations under this Agreement, including payment of deductible and delivery of any proceeds received from the insurer as compensation for the costs of repairs and/or replacements performed by Contractor. Customer further agrees that to the extent any payments or proceeds are delivered to the Customer by Customer's insurer, associated with the above described work, Customer agrees to promptly endorse over and remit such proceeds to Contractor.

Authorized Signature: _Mike J. Reynolds_                    Date: 10/16/19

Authorized Representative: _____                 Date: 10/17/19

*We appreciate you giving us the opportunity to assist you.*
*Please feel free to contact us at any time.*
Millard Roofing and Gutter, 14545 Industrial Road #2, Omaha, NE 68114
Phone: (402)492-9494, Fax: (402)965-8001
**www.roofomaha.com**

Page 1 of 3

# PAYMENT AGREEMENT

Contractor agrees to look solely to the Insurance company for payment of the interest on any outstanding sums, provided Customer is otherwise in compliance with customer's obligations under this Agreement. Customer acknowledges that Contractor's Invoices will accrue a standard interest at 1% per month on any sums not paid by the Insurance company for completed and Invoiced repairs. Contractor shall be responsible for the payment of any of its subcontractors and/or suppliers.

Customer's payment obligation to Contractor shall be satisfied by the assignment and delivery of all proceeds paid by the Insurance company, together with the deductible.

In accordance with the Nebraska Insured Homeowner's Protection Act, Contractor is agreeing to perform its services in consideration for payment of Customer's deductible and the assignment of Customer's rights and benefits under any applicable policy(ies). Contractor has made no assurance that the claimed loss will be fully covered by the Customer's insurance contract. However, Contractor agrees to perform all of the described work and assumes the risk of recovery, provided Customer otherwise performs his/her obligations hereunder. In accordance with the statute, please note that this assignment confers upon Contractor the right to make demand for payment upon Customer's Insurance company. In accordance with the statute, please be advised that Customer has the right to cancel this contract within three (3) days of execution. Customer represents that he/she is authorized to execute and deliver this contractual undertaking. Customer further warrants and represents that they are seeking repair and replacement of damage arising from a covered loss and that there are no prior claims which Customer is aware of which would serve to preclude or reduce coverage under the above described policy(ies).

Customer's payment obligation to Contractor shall be satisfied by the assignment and delivery of all proceeds paid by the insurance company, together with the deductible.

Property Address:  9990 Fieldcrest Dr.

Customer Initials _MJR_   Date _10/16/17_

STATE OF NEBRASKA STANDARD NOTICE
EFFECTIVE JULY 19 2018

STATUTORY DISCLOSURE. IN ACCORDANCE WITH THE
NEBRASKA INSURED HOMEOWNER'S PROTECTION ACT, PLEASE
BE ADVISED THAT YOU ARE AGREEING TO ASSIGN CERTAIN
RIGHTS YOU HAVE UNDER YOUR INSURANCE POLICY, WITH AN
ASSIGNMENT, THE RESIDENTIAL CONTRACTOR SHALL BE
ENTITLED TO PURSUE ANY RIGHTS OR REMEDIES THAT YOU,
THE INSURED HOMEOWNER, HAVE UNDER YOUR INSURANCE
POLICY. PLEASE READ AND UNDERSTAND THIS DOCUMENT
BEFORE SIGNING. THE INSURER MAY ONLY PAY FOR THE COST
TO REPAIR OR REPLACE DAMAGED PROPERTY CAUSED BY A
COVERED PERIL, SUBJECT TO THE TERMS OF THE POLICY.


**IT IS A VIOLATION OF THE INSURANCE LAWS OF NEBRASKA TO
REBATE ANY PORTION OF AN INSURANCE DEDUCTIBLE AS AN
INDUCEMENT TO THE INSURED TO ACCEPT A RESIDENTIAL
CONTRACTOR'S PROPOSAL TO REPAIR DAMAGED PROPERTY.**
REBATE OF A DEDUCTIBLE INCLUDES GRANTING ANY
ALLOWANCE OR OFFERING ANY DISCOUNT AGAINST THE FEES
TO BE CHARGED FOR WORK TO BE PERFORMED OR PAYING THE
INSURED HOMEOWNER THE DEDUCTIBLE AMOUNT SET FORTH IN
THE INSURANCE POLICY. **THE INSURED HOMEOWNER IS
PERSONALLY RESPONSIBLE FOR PAYMENT OF THE
DEDUCTIBLE.** THE INSURANCE FRAUD ACT AND NEBRASKA
CRIMINAL STATUTES PROHIBIT THE INSURED HOMEOWNER
FROM ACCEPTING FROM A RESIDENTIAL CONTRACTOR A
REBATE OF THE DEDUCTIBLE OR OTHERWISE ACCEPTING ANY
ALLOWANCE OR DISCOUNT FROM THE RESIDENTIAL
CONTRACTOR TO COVER THE COST OF THE DEDUCTIBLE.
VIOLATIONS MAY BE PUNISHABLE BY CIVIL OR CRIMINAL
PENALTIES.


PROPERTY ADDRESS: 9990 Fieldcrest Dr.

INSURED: _____        DATE: 10/16/19

7504323000                                          P.01/01

## TRANSACTION REPORT

**JUL/23/2019/TUE 10:04 AM**

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 001 | JUL/23 | 10:02AM | 18882688840 | 0:01:33 | 4 | MEMORY | OK | ECN 2462 |

# FAX

millardroofing
& gutter

14545 Industrial Road #2
Omaha, NE 68144
PH: 402-492-9494

**To: Safeco Insurance**
**Fax Number: 888-268-8840**

**From: Millard Roofing & Gutter**
**Fax Number: 402-965-8001**

**Date: July 23, 2019**

**Regarding: Claim # 040439326-01**

**Total Number of Pages: __4__ (including cover)**

☐ **Please Reply**      ☐ **For Review**      ☐ **Urgent**

Please see attached assignment of claim benefits. Please contact us to set up an adjuster meeting.

Thank you,

**Millard Roofing and Gutter**

**402-492-9494**

# FAX

**millard**roofing
*& gutter*

14545 Industrial Road #2
Omaha, NE 68144
PH: 402-492-9494

**To: Safeco Insurance**
**Fax Number: 888-268-8840**

**From: Millard Roofing & Gutter**
**Fax Number: 402-965-8001**

**Date: July 23, 2019**

**Regarding:  Claim # 040439326-01**

**Total Number of Pages:  __4__  (including cover)**

☐ **Please Reply**      ☐ **For Review**      ☐ **Urgent**

Please see attached assignment of claim benefits. Please contact us to set up an adjuster meeting.

Thank you,

**Millard Roofing and Gutter**

**402-492-9494**

FAXED



**millardroofing**
*& gutter*

Roofing · Gutters · Siding · Windows · Doors
14545 Industrial Road #2, Omaha, NE 68144
Phone: (402)492-9494, Fax: (402)965-8001
www.millardroofing.net

| Name: | Shawn Dunsmore | | Date/Time: | 7/16/19 | 1:00 PM |
|---|---|---|---|---|---|
| Address: | 302 Hackberry Rd. | | Primary Phone: | 254-717-8568 | |
| City/State: | Omaha, NE 68132 | | Source: | Jamon Sandaval | |
| Email: | Shawn_Dunsmore@hotmail.com | Rep: JIM | Marketing: | | |

## INSURANCE CLAIM INFORMATION

**Cause of Damage:**
☐ Wind ☒ Hail

**Materials Damaged:**
☒ Roofing ☐ Windows ☐ Garage Doors
☒ Gutters ☐ Doors ☐ Siding

**Date of Incident:** 5/27/19

☒ Paint ☐ Electrical
☒ Deck ☐ Playset

Insurance Company: Safeco
Policy Number: OZ4796979 ☐ OC ☐ RCV Policy ☐ ACV Policy
Claim Number: 040439326 - 01
Amount of Deductible: $2,500.00

## AGREEMENT TO PROCEED

The undersigned Customer hereby engages Millard Roofing and Gutter to serve as general contractor (hereinafter "Contractor") to repair the property identified above. Customer authorizes and directs Contractor to proceed with the insurance repair work on the undersigned's property together with any necessary consequential repairs or replacements covered by Customer's insurance policy(ies). Millard Roofing and Gutter Company is further authorized to negotiate approval for payment or reimbursement of expenses associated with any necessary repair work with the undersigned's insurance company.  In consideration for Contractor's agreement to undertake and perform the repair and replacement work, Customer assigns any claim, right, interest or benefit under the above described insurance policy, together with any other insurance policy that might provide coverage for the above described loss. Customer agrees to execute such other further documentation as may be reasonably necessary to process any claim by Contractor or obtain payment from the insurance company. Customer recognizes that this assignment shall not discharge Customer from its liability for the Contractor's services but Customer shall be entitled to a credit for any payment or reimbursement made by any potentially liable insurance company. Customer instructs insurance company to make payment directly to Contractor, or to name Contractor as joint-payee on any payment. To the extent that there is extra work, or upgrades, not covered by the insurance claim, which undersigned directs to be undertaken, the undersigned agrees that he/she will remain liable for the expense of any such work that they direct to be undertaken. Customer's payment obligation to Contractor shall be satisfied by the assignment and delivery of all proceeds paid by the Insurance company, together with the deductible. The scope of this assignment includes the right and power to make demand upon any potentially liable insurance company for payment for covered repairs and replacement and the right to institute a claim and recover attorney fees, costs and damages in the event the insurance company fails to approve the necessary and appropriate charges or payment for the repairs and replacements.  Contractor shall bear all risk and expense of such claim provided Customer otherwise satisfies its obligations under this Agreement, including payment of deductible and delivery of any proceeds received from the insurer as compensation for the costs of repairs and/or replacements performed by Contractor. Customer further agrees that to the extent any payments or proceeds are delivered to the Customer by Customer's insurer, associated with the above described work, Customer agrees to promptly endorse over and remit such proceeds to Contractor.

Authorized Signature: _____ Date: 7/22/19

Authorized Representative: _____ Date: 7/22

*We appreciate you giving us the opportunity to assist you.*
*Please feel free to contact us at any time.*
Millard Roofing and Gutter, 14545 Industrial Road #2, Omaha, NE 68144
Phone: (402)492-9494, Fax: (402)965-8001
www.roofomaha.com

Page 1 of 3

# PAYMENT AGREEMENT

Contractor agrees to look solely to the insurance company for payment of the interest on any outstanding sums, provided Customer is otherwise in compliance with customer's obligations under this Agreement.  Customer acknowledges that Contractor's invoices will accrue a standard interest at 1% per month on any sums not paid by the insurance company for completed and invoiced repairs. Contractor shall be responsible for the payment of any of its subcontractors and/or suppliers.

Customer's payment obligation to Contractor shall be satisfied by the assignment and delivery of all proceeds paid by the insurance company, together with the deductible.

In accordance with the Nebraska Insured Homeowner's Protection Act, Contractor is agreeing to perform its services in consideration for payment of Customer's deductible and the assignment of Customer's rights and benefits under any applicable policy(ies).  Contractor has made no assurance that the claimed loss will be fully covered by the Customer's insurance contract.  However, Contractor agrees to perform all of the described work and assumes the risk of recovery, provided Customer otherwise performs his/her obligations hereunder.  In accordance with the statute, please note that this assignment confers upon Contractor the right to make demand for payment upon Customer's insurance company.  In accordance with the statute, please be advised that Customer has the right to cancel this contract within three (3) days of execution.  Customer represents that he/she is authorized to execute and deliver this contractual undertaking.  Customer further warrants and represents that they are seeking repair and replacement of damage arising from a covered loss and that there are no prior claims which Customer is aware of which would serve to preclude or reduce coverage under the above described policy(ies).

**Customer's payment obligation to Contractor shall be satisfied by the assignment and delivery of all proceeds paid by the insurance company,**

**Property Address:  302 Hackberry Rd.**

**Customer Initials** _SPD_    **Date** _7/22/19_

STATE OF NEBRASKA STANDARD NOTICE
EFFECTIVE JULY 19 2018

STATUTORY DISCLOSURE.  IN ACCORDANCE WITH THE
NEBRASKA INSURED HOMEOWNER'S PROTECTION ACT, PLEASE
BE ADVISED THAT YOU ARE AGREEING TO ASSIGN CERTAIN
RIGHTS YOU HAVE UNDER YOUR INSURANCE POLICY, WITH AN
ASSIGNMENT, THE RESIDENTIAL CONTRACTOR SHALL BE
ENTITLED TO PURSUE ANY RIGHTS OR REMEDIES THAT YOU,
THE INSURED HOMEOWNER, HAVE UNDER YOUR INSURANCE
POLICY. PLEASE READ AND UNDERSTAND THIS DOCUMENT
BEFORE SIGNING.  THE INSURER MAY ONLY PAY FOR THE COST
TO REPAIR OR REPLACE DAMAGED PROPERTY CAUSED BY A
COVERED PERIL, SUBJECT TO THE TERMS OF THE POLICY.

**IT IS A VIOLATION OF THE INSURANCE LAWS OF NEBRASKA TO
REBATE ANY PORTION OF AN INSURANCE DEDUCTIBLE AS AN
INDUCEMENT TO THE INSURED TO ACCEPT A RESIDENTIAL
CONTRACTOR'S PROPOSAL TO REPAIR DAMAGED PROPERTY.**
REBATE OF A DEDUCTIBLE INCLUDES GRANTING ANY
ALLOWANCE OR OFFERING ANY DISCOUNT AGAINST THE FEES
TO BE CHARGED FOR WORK TO BE PERFORMED OR PAYING THE
INSURED HOMEOWNER THE DEDUCTIBLE AMOUNT SET FORTH IN
THE INSURANCE POLICY. **THE INSURED HOMEOWNER IS
PERSONALLY RESPONSIBLE FOR PAYMENT OF THE
DEDUCTIBLE.** THE INSURANCE FRAUD ACT AND NEBRASKA
CRIMINAL STATUTES PROHIBIT THE INSURED HOMEOWNER
FROM ACCEPTING FROM A RESIDENTIAL CONTRACTOR A
REBATE OF THE DEDUCTIBLE OR OTHERWISE ACCEPTING ANY
ALLOWANCE OR DISCOUNT FROM THE RESIDENTIAL
CONTRACTOR TO COVER THE COST OF THE DEDUCTIBLE.
VIOLATIONS MAY BE PUNISHABLE BY CIVIL OR CRIMINAL
PENALTIES.

PROPERTY ADDRESS 302 Hackberry Rd.

INSURED: _____    DATE: 7/22/19

Page 3 of 3

7504323000                                    P.01/01

## TRANSACTION REPORT

JUN/13/2019/THU 03:23 PM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 001 | JUN/13 | 03:17PM | 18882688840 | 0:05:55 | 4 | MEMORY | OK | ECM | 2245 |

# FAX

millardroofing
& gutter

14645 Industrial Road #2
Omaha, NE 68144
PH: 402-492-9494

**To:** Safeco Insurance
**Fax Number:** 888-268-8840

**From:** Josh Roza
**Fax Number:** 402-985-8001

**Date:** June 13, 2019

**Regarding:** Claim # 040151469 – Molly Erftmier

**Total Number of Pages:** ___4___ (including cover)

☐ **Please Reply**   ☐ **For Review**   ☐ **Urgent**

Please see attached assignment of claim benefits. Please contact us to set up an adjuster meeting.

Thank you,

**Millard Roofing and Gutter**

**402-492-9494**

# FAX

**millard**roofing
*& gutter*

14545 Industrial Road #2
Omaha, NE 68144
PH: 402-492-9494

**To:  Safeco Insurance**
**Fax Number: 888-268-8840**

**From: Josh Roza**
**Fax Number:  402-965-8001**

**Date: June 13, 2019**

**Regarding:** Claim # 040151469 –Molly Erftmier

**Total Number of Pages:  __4___  (including cover)**

☐ **Please Reply**          ☐ **For Review**          ☐ **Urgent**

Please see attached assignment of claim benefits. Please contact us to set up an adjuster meeting.

Thank you,

Millard Roofing and Gutter

402-492-9494

FAXED



**millardroofing**
*& gutter*

Roofing · Gutters · Siding · Windows · Doors
14545 Industrial Road #2, Omaha, NE 68144
Phone: (402)492-9494, Fax: (402)965-8001
www.millardroofing.net

| Name: | Molly Ertmler | | Date/Time: | 6/11/19   11:30 AM |
|---|---|---|---|---|
| Address: | 9742 Brentwood Rd. | | Primary Phone: | 402-210-1018 |
| City/State: | Omaha, NE 68144 | | Source: | Jason Eggers |
| Email: | mollyerftmler6@gmail.com | Rep: JIM | Marketing: | |

## INSURANCE CLAIM INFORMATION

Cause of Damage:    Materials Damaged:    Date of Incident: 5/22/19

X Wind  X Hail    X Roofing  X Windows  X Garage Doors  □ Paint  □ Electrical
X Gutters  X Doors  X Siding  □ Deck  □ Playset

Insurance Company: SafeCo
Policy Number: 02478715.1    □ OC    X RCV Policy  □ ACV Policy
Claim Number: 040151469
Amount of Deductible: 3,108.00

## AGREEMENT TO PROCEED

The undersigned Customer hereby engages Millard Roofing and Gutter to serve as general contractor (hereinafter "Contractor") to repair the property identified above. Customer authorizes and directs Contractor to proceed with the insurance repair work on the undersigned's property together with any necessary consequential repairs or replacements covered by Customer's insurance policy(ies). Millard Roofing and Gutter Company is further authorized to negotiate approval for payment or reimbursement of expenses associated with any necessary repair work with the undersigned's insurance company. In consideration for Contractor's agreement to undertake and perform the repair and replacement work, Customer assigns any claim, right, interest or benefit under the above described insurance policy, together with any other insurance policy that might provide coverage for the above described loss. Customer agrees to execute such other further documentation as may be reasonably necessary to process any claim by Contractor or obtain payment from the insurance company. Customer recognizes that this assignment shall not discharge Customer from its liability for the Contractor's services but Customer shall be entitled to a credit for any payment or reimbursement made by any potentially liable insurance company. Customer instructs insurance company to make payment directly to Contractor, or to name Contractor as joint-payee on any payment. To the extent that there is extra work, or upgrades, not covered by the insurance claim, which undersigned directs to be undertaken, the undersigned agrees that he/she will remain liable for the expense of any such work that they direct to be undertaken. Customer's payment obligation to Contractor shall be satisfied by the assignment and delivery of all proceeds paid by the insurance company, together with the deductible. The scope of this assignment includes the right and power to make demand upon any potentially liable insurance company for payment for covered repairs and replacement and the right to institute a claim and recover attorney fees, costs and damages in the event the insurance company fails to approve the necessary and appropriate charges or payment for the repairs and replacements. Contractor shall bear all risk and expense of such claim provided Customer otherwise satisfies its obligations under this Agreement, including payment of deductible and delivery of any proceeds received from the insurer as compensation for the costs of repairs and/or replacements performed by Contractor. Customer further agrees that to the extent any payments or proceeds are delivered to the Customer by Customer's insurer, associated with the above described work, Customer agrees to promptly endorse over and remit such proceeds to Contractor.

Authorized Signature: _____    Date: 6/11/19

Authorized Representative: _____    Date: 6/12/19

*We appreciate you giving us the opportunity to assist you.*
*Please feel free to contact us at any time.*
Millard Roofing and Gutter, 14545 Industrial Road #2, Omaha, NE 68144
Phone: (402)492-9494, Fax: (402)965-8001
www.roofomaha.com

Page 1 of 3

## PAYMENT AGREEMENT

Contractor agrees to look solely to the Insurance company for payment of the interest on any outstanding sums, provided Customer is otherwise in compliance with customer's obligations under this Agreement. Customer acknowledges that Contractor's invoices will accrue a standard interest at 1% per month on any sums not paid by the Insurance company for completed and invoiced repairs. Contractor shall be responsible for the payment of any of its subcontractors and/or suppliers.

Customer's payment obligation to Contractor shall be satisfied by the assignment and delivery of all proceeds paid by the insurance company, together with the deductible.

In accordance with the Nebraska Insured Homeowner's Protection Act, Contractor is agreeing to perform its services in consideration for payment of Customer's deductible and the assignment of Customer's rights and benefits under any applicable policy(ies). Contractor has made no assurance that the claimed loss will be fully covered by the Customer's insurance contract. However, Contractor agrees to perform all of the described work and assumes the risk of recovery, provided Customer otherwise performs his/her obligations hereunder. In accordance with the statute, please note that this assignment confers upon Contractor the right to make demand for payment upon Customer's insurance company. In accordance with the statute, please be advised that Customer has the right to cancel this contract within three (3) days of execution. Customer represents that he/she is authorized to execute and deliver this contractual undertaking. Customer further warrants and represents that they are seeking repair and replacement of damage arising from a covered loss and that there are no prior claims which Customer is aware of which would serve to preclude or reduce coverage under the above described policy(ies).

**Customer's payment obligation to Contractor shall be satisfied by the assignment and delivery of all proceeds paid by the insurance company.**

**Property Address:  9742 Brentwood Rd.**

**Customer Initials** MC     **Date** 6 | 11 | 19

STATE OF NEBRASKA STANDARD NOTICE
EFFECTIVE JULY 19 2018

STATUTORY DISCLOSURE. IN ACCORDANCE WITH THE
NEBRASKA INSURED HOMEOWNER'S PROTECTION ACT, PLEASE
BE ADVISED THAT YOU ARE AGREEING TO ASSIGN CERTAIN
RIGHTS YOU HAVE UNDER YOUR INSURANCE POLICY. WITH AN
ASSIGNMENT, THE RESIDENTIAL CONTRACTOR SHALL BE
ENTITLED TO PURSUE ANY RIGHTS OR REMEDIES THAT YOU,
THE INSURED HOMEOWNER, HAVE UNDER YOUR INSURANCE
POLICY. PLEASE READ AND UNDERSTAND THIS DOCUMENT
BEFORE SIGNING. THE INSURER MAY ONLY PAY FOR THE COST
TO REPAIR OR REPLACE DAMAGED PROPERTY CAUSED BY A
COVERED PERIL, SUBJECT TO THE TERMS OF THE POLICY.

**IT IS A VIOLATION OF THE INSURANCE LAWS OF NEBRASKA TO
REBATE ANY PORTION OF AN INSURANCE DEDUCTIBLE AS AN
INDUCEMENT TO THE INSURED TO ACCEPT A RESIDENTIAL
CONTRACTOR'S PROPOSAL TO REPAIR DAMAGED PROPERTY.**
REBATE OF A DEDUCTIBLE INCLUDES GRANTING ANY
ALLOWANCE OR OFFERING ANY DISCOUNT AGAINST THE FEES
TO BE CHARGED FOR WORK TO BE PERFORMED OR PAYING THE
INSURED HOMEOWNER THE DEDUCTIBLE AMOUNT SET FORTH IN
THE INSURANCE POLICY. **THE INSURED HOMEOWNER IS
PERSONALLY RESPONSIBLE FOR PAYMENT OF THE
DEDUCTIBLE.** THE INSURANCE FRAUD ACT AND NEBRASKA
CRIMINAL STATUTES PROHIBIT THE INSURED HOMEOWNER
FROM ACCEPTING FROM A RESIDENTIAL CONTRACTOR A
REBATE OF THE DEDUCTIBLE OR OTHERWISE ACCEPTING ANY
ALLOWANCE OR DISCOUNT FROM THE RESIDENTIAL
CONTRACTOR TO COVER THE COST OF THE DEDUCTIBLE.
VIOLATIONS MAY BE PUNISHABLE BY CIVIL OR CRIMINAL
PENALTIES.

PROPERTY ADDRESS: 9742 Brentwood Rd.

INSURED: _____        DATE: 4 11 19

**6506621300**                                                    **P.01/01**

## TRANSACTION REPORT

**AUG/21/2019/WED 05:02 PM**

**FAX(TX)**

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | | FILE |
|---|------|----------|----------|----------|------|-----------|---|---|------|
| 001 | AUG/21 | 04:56PM | 818882688840 | 0:05:33 | 4 | MEMORY | OK | ECM | 6924 |

# FAX

**millard**roofing
*& gutter*

14545 Industrial Road #2
Omaha, NE 68144
PH: 402-492-9494

| To: Safeco Insurance |
|---|
| Fax Number: 888-268-8840 |
| **From:** Jayme Newman |
| Fax Number: 402-965-8001 |
| **Date:** August 21, 2019 |
| **Regarding:** Claim # 040196942-01 |
| **Total Number of Pages:** __4__ (Including cover) |

☐ **Please Reply**          ☐ **For Review**          ☐ **Urgent**

Please see attached assignment of claim benefits. Please contact us to set up an adjuster meeting.

Thank you,

**Millard Roofing and Gutter**

**402-492-9494**

# FAX

**millard**roofing
*& gutter*

14545 Industrial Road #2
Omaha, NE 68144
PH: 402-492-9494

**To:** Safeco Insurance
**Fax Number:** 888-268-8840

**From:** Jayme Newman
**Fax Number:** 402-965-8001

**Date:** August 21, 2019

**Regarding:** Claim # 040196942-01

**Total Number of Pages:** ___4___ **(including cover)**

☐ **Please Reply**          ☐ **For Review**          ☐ **Urgent**

Please see attached assignment of claim benefits. Please contact us to set up an adjuster meeting.

Thank you,

**Millard Roofing and Gutter**

**402-492-9494**

FAXED



**millardroofing**
*& gutter*

Roofing · Gutters · Siding · Windows · Doors
14545 Industrial Road #2, Omaha, NE 68144
Phone: (402)492-9494, Fax: (402)965-8001
www.millardroofing.net

| Name: | Aaron Keller | | Date/Time: | 8/20/19 | 11:30 AM |
|-------|--------------|--|------------|---------|----------|
| Address: | 17456 L St. | | Primary Phone: | 402-979-8920 | |
| City/State: | Omaha, NE 68135 | | Source: | Building Sign | |
| Email: | akeller333@hotmail.com | Rep: Jim Eggers | Marketing: | | |

## INSURANCE CLAIM INFORMATION

**Cause of Damage:**
☐ Wind ☐ Hail

**Materials Damaged:**
☒ Roofing  ☐ Windows  ☒ Garage Doors  ☒ Paint  ☐ Electrical
☒ Gutters  ☐ Doors  ☒ Siding  ☒ Deck  ☐ Playset  *X Screens.*

Insurance Company: _SafeCo Insurance Company_
Policy Number: _07.466405_  ☐ OC  ☒ RCV Policy  ☐ ACV Policy
Claim Number: _040192942 - 01_
Amount of Deductible: _$1500_

Date of Incident: _5/28/2019_

## AGREEMENT TO PROCEED

The undersigned Customer hereby engages Millard Roofing and Gutter to serve as general contractor (hereinafter "Contractor") to repair the property identified above. Customer authorizes and directs Contractor to proceed with the insurance repair work on the undersigned's property together with any necessary consequential repairs or replacements covered by Customer's insurance policy(ies). Millard Roofing and Gutter Company is further authorized to negotiate approval for payment or reimbursement of expenses associated with any necessary repair work with the undersigned's insurance company. In consideration for Contractor's agreement to undertake and perform the repair and replacement work, Customer assigns any claim, right, interest or benefit under the above described insurance policy, together with any other insurance policy that might provide coverage for the above described loss. Customer agrees to execute such other further documentation as may be reasonably necessary to process any claim by Contractor or obtain payment from the insurance company. Customer recognizes that this assignment shall not discharge Customer from its liability for the Contractor's services but Customer shall be entitled to a credit for any payment or reimbursement made by any potentially liable insurance company. Customer instructs insurance company to make payment directly to Contractor, or to name Contractor as joint-payee on any payment. To the extent there is extra work, or upgrades, not covered by the insurance claim, which undersigned directs to be undertaken, the undersigned agrees that he/she will remain liable for the expense of any such work that they direct to be undertaken. Customer's payment obligation to Contractor shall be satisfied by the assignment and delivery of all proceeds paid by the insurance company, together with the deductible. The scope of this assignment includes the right and power to make demand upon any potentially liable insurance company for payment for covered repairs and replacement and the right to institute a claim and recover attorney fees, costs and damages in the event the insurance company fails to approve the necessary and appropriate charges or payment for the repairs and replacements. Contractor shall bear all risk and expense of such claim provided Customer otherwise satisfies its obligations under this Agreement, including payment of deductible and delivery of any proceeds received from the insurer as compensation for the costs of repairs and/or replacements performed by Contractor. Customer further agrees that to the extent any payments or proceeds are delivered to the Customer by Customer's insurer, associated with the above described work, Customer agrees to promptly endorse over and remit such proceeds to Contractor.

Authorized Signature: _Aaron Keller_                    Date: _8/20/2019_

Authorized Representative: _____            Date: _8/20/19_

*We appreciate you giving us the opportunity to assist you.*
*Please feel free to contact us at any time.*
Millard Roofing and Gutter, 14545 Industrial Road #2, Omaha, NE 68144
Phone: (402)492-9494, Fax: (402)965-8001
**www.roofomaha.com**

Page 1 of 3

# PAYMENT AGREEMENT

Contractor agrees to look solely to the insurance company for payment of the interest on any outstanding sums, provided Customer is otherwise in compliance with customer's obligations under this Agreement.  Customer acknowledges that Contractor's invoices will accrue a standard interest at 1% per month on any sums not paid by the insurance company for completed and invoiced repairs. Contractor shall be responsible for the payment of any of its subcontractors and/or suppliers.

Customer's payment obligation to Contractor shall be satisfied by the assignment and delivery of all proceeds paid by the insurance company, together with the deductible.

In accordance with the Nebraska Insured Homeowner's Protection Act, Contractor is agreeing to perform its services in consideration for payment of Customer's deductible and the assignment of Customer's rights and benefits under any applicable policy(ies).  Contractor has made no assurance that the claimed loss will be fully covered by the Customer's insurance contract.  However, Contractor agrees to perform all of the described work and assumes the risk of recovery, provided Customer otherwise performs his/her obligations hereunder.  In accordance with the statute, please note that this assignment confers upon Contractor the right to make demand for payment upon Customer's insurance company.  In accordance with the statute, please be advised that Customer has the right to cancel this contract within three (3) days of execution.  Customer represents that he/she is authorized to execute and deliver this contractual undertaking.  Customer further warrants and represents that they are seeking repair and replacement of damage arising from a covered loss and that there are no prior claims which Customer is aware of which would serve to preclude or reduce coverage under the above described policy(ies).

**Customer's payment obligation to Contractor shall be satisfied by the assignment and delivery of all proceeds paid by the insurance company, together with the deductible.**

**Property Address:  17456 L St.**

**Customer Initials** _AK_      **Date** _8/20/2019_

STATE OF NEBRASKA STANDARD NOTICE
EFFECTIVE JULY 19 2018

STATUTORY DISCLOSURE.  IN ACCORDANCE WITH THE
NEBRASKA INSURED HOMEOWNER'S PROTECTION ACT, PLEASE
BE ADVISED THAT YOU ARE AGREEING TO ASSIGN CERTAIN
RIGHTS YOU HAVE UNDER YOUR INSURANCE POLICY, WITH AN
ASSIGNMENT, THE RESIDENTIAL CONTRACTOR SHALL BE
ENTITLED TO PURSUE ANY RIGHTS OR REMEDIES THAT YOU,
THE INSURED HOMEOWNER, HAVE UNDER YOUR INSURANCE
POLICY. PLEASE READ AND UNDERSTAND THIS DOCUMENT
BEFORE SIGNING.  THE INSURER MAY ONLY PAY FOR THE COST
TO REPAIR OR REPLACE DAMAGED PROPERTY CAUSED BY A
COVERED PERIL, SUBJECT TO THE TERMS OF THE POLICY.

**IT IS A VIOLATION OF THE INSURANCE LAWS OF NEBRASKA TO
REBATE ANY PORTION OF AN INSURANCE DEDUCTIBLE AS AN
INDUCEMENT TO THE INSURED TO ACCEPT A RESIDENTIAL
CONTRACTOR'S PROPOSAL TO REPAIR DAMAGED PROPERTY.**
REBATE OF A DEDUCTIBLE INCLUDES GRANTING ANY
ALLOWANCE OR OFFERING ANY DISCOUNT AGAINST THE FEES
TO BE CHARGED FOR WORK TO BE PERFORMED OR PAYING THE
INSURED HOMEOWNER THE DEDUCTIBLE AMOUNT SET FORTH IN
THE INSURANCE POLICY. **THE INSURED HOMEOWNER IS
PERSONALLY RESPONSIBLE FOR PAYMENT OF THE
DEDUCTIBLE.** THE INSURANCE FRAUD ACT AND NEBRASKA
CRIMINAL STATUTES PROHIBIT THE INSURED HOMEOWNER
FROM ACCEPTING FROM A RESIDENTIAL CONTRACTOR A
REBATE OF THE DEDUCTIBLE OR OTHERWISE ACCEPTING ANY
ALLOWANCE OR DISCOUNT FROM THE RESIDENTIAL
CONTRACTOR TO COVER THE COST OF THE DEDUCTIBLE.
VIOLATIONS MAY BE PUNISHABLE BY CIVIL OR CRIMINAL
PENALTIES.

PROPERTY ADDRES: 17456 L St.

INSURED: _Aaron Kelln_                        DATE: _8/20/2019_

Page 3 of 3

7504323000                                        P.01/01

# TRANSACTION REPORT

JUN/26/2019/WED 03:02 PM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|------|----------|----------|----------|------|-----------|---|------|
| 001 | JUN/26 | 02:59PM | 18882688840 | 0:02:55 | 4 | MEMORY    OK | ECM | 2308 |

# FAX

millardroofing
& gutter

14545 Industrial Road #2
Omaha, NE 68144
PH: 402-492-9494

**To:** Safeco Insurance
**Fax Number:** 888-268-8840

**From:** Millard Roofing & Gutter
**Fax Number:** 402-965-8001

**Date:** June 26, 2019

**Regarding:** Claim # 040264108 –Jana Rose

**Total Number of Pages:** __4__ (including cover)

☐ **Please Reply**      ☐ **For Review**      ☐ **Urgent**

Please see attached assignment of claim benefits. Please contact us to set up an adjuster meeting.

Thank you,

Millard Roofing and Gutter

402-492-9494

# FAX

**MR**

**millard**roofing
*& gutter*

14545 Industrial Road #2
Omaha, NE 68144
PH: 402-492-9494

**To:  Safeco Insurance**
**Fax Number:** 888-268-8840

**From: Millard Roofing & Gutter**
**Fax Number:** 402-965-8001

**Date: June 26, 2019**

**Regarding:**  Claim # 040264108 –Jana Rose

**Total Number of Pages:**  __4__   (including cover)

☐ **Please Reply**        ☐ **For Review**              ☐ **Urgent**

**Please see attached assignment of claim benefits. Please contact us to set up an adjuster meeting.**

**Thank you,**

**Millard Roofing and Gutter**

**402-492-9494**

FAXED



**millard roofing**
& gutter

· Roofing · Gutters · Siding · Windows · Doors ·
14565 Industrial Road #2, Omaha, NE 68144
Phone: (402)492-9494, Fax: (402)505-8001
www.roofomaha.com

| Name: | Jana Best | | Date/Time: | 6/25/19 | 11:30 AM |
|---|---|---|---|---|---|
| Address: | 5718 S 194 St | | Primary Phone: | 402-359-6583 | |
| City/State: | Omaha, NE 68144 | | Secondary Phone: | Neighbors w/ firm | |
| Email: | jankbest44@gmail.com | Exp: JOSH | Marketing: | | |

**INSURANCE CLAIM INFORMATION**

Cause of Damage:                    Materials Damaged:                              Date of Incident: 5/28/19
☐ Wind  ☑ Hail      ☑ Roofing    ☐ Windows    ☐ Garage Doors   ☐ Paint    ☐ Electrical
                    ☐ Gutters     ☐ Doors      ☐ Siding         ☐ Deck     ☐ Payout

Insurance Company: Safeco
Policy Number: 07.4321850                      /VC    ☐ ACV Policy    ☑ ACV (No)
Claim Number: 0402364.08
Amount of Deductible: $1,000

**AGREEMENT TO PROCEED**

The undersigned Customer hereby engages Millard Roofing and Gutter to serve as general contractor (hereinafter "Contractor") to repair the property identified above. Customer authorizes and directs Contractor to proceed with the insurance repair work on the undersigned's property together with any necessary non-residential repairs or replacement covered by Customer's insurance policy(ies). Millard Roofing and Gutter Company is further authorized to negotiate approval for payment or reimbursement of expenses associated with any necessary repair work with the undersigned's insurance company.  In consideration for Contractor's agreement to undertake and perform the repair and replacement work, Customer assigns any claim, right, interest or benefit under the above described insurance policy(ies), together with any other insurance policy that might provide coverage for the above described loss. Customer agrees to execute such other further documentation as may be reasonably necessary to process any claim by Contractor or obtain payment from the insurance company. Customer recognizes that this assignment shall not discharge Customer from its liability for the Contractor's services but Customer shall be entitled to a credit for any payment or reimbursement made by any party directly to the insurance company.  Customer instructs insurance company to make payment directly to Contractor, or to name Contractor as joint payee on any payment.  To the extent that there is extra work, or upgrades, not covered by the insurance claim, which is undertaken and deemed to be undertaken, the undersigned agrees that he/she will remain liable for the expense of any such work that they direct to be undertaken. Customer's payment obligation to Contractor shall be satisfied by the assignment and delivery of all proceeds paid by the insurance company, together with the deductible. The scope of this assignment includes the right and power to make demand upon any contract by liable insurance company for payment for covered repairs and replacement and the right to make or a claim and recover attorney fees, costs and damages in the event the insurance company fails to approve the necessary and appropriate charges or payment for the repairs and replacements. Contractor shall bear all risk and expense of such claim provided Customer otherwise satisfies all obligations under this Agreement, including payment of deductible and delivery of any proceeds received from the insurer as compensation for the costs of repairs and/or replacements performed by Contractor. Customer further agrees that as the extent any payments or proceeds are delivered to the Customer by Customer's insurer, associated with the above described work, Customer agrees to promptly endorse over and remit such proceeds to Contractor.

Authorized Signature: _Jana Best_                                          Date: 6/25/19
Authorized Representative: _[signature]_                                    Date: 6/24/19

Millard Roofing and Gutter, 14565 Industrial Road #2, Omaha, NE 68144
Phone: (402)492-9494, Fax: (402)505-8001
www.roofomaha.com

Page 1 of 3

# PAYMENT AGREEMENT

Contractor agrees to look solely to the insurance company for payment of the interest on any outstanding sums, provided Customer is otherwise in compliance with customer's obligations under this Agreement. Customer acknowledges that Contractor's invoices will accrue a standard interest at 1% per month on any sums not paid by the insurance company for completed and invoiced repairs. Contractor shall be responsible for the payment of any of its subcontractors and/or suppliers.

Customer's payment obligation to Contractor shall be satisfied by the assignment and delivery of all proceeds paid by the insurance company, together with the deductible.

In accordance with the Nebraska Insured Homeowner's Protection Act, Contractor is agreeing to perform its services in consideration for payment of Customer's deductible and the assignment of Customer's rights and benefits under any applicable policy(ies). Contractor has made no assurance that the claimed loss will be fully covered by the Customer's insurance contract. However, Contractor agrees to perform all of the described work and assumes the risk of recovery, provided Customer otherwise performs his/her obligations hereunder. In accordance with the statute, please note that this assignment confers upon Contractor the right to make demand for payment upon Customer's insurance company. In accordance with the statute, please be advised that Customer has the right to cancel this contract within three (3) days of execution. Customer represents that he/she is authorized to execute and deliver this contractual undertaking. Customer further warrants and represents that they are seeking repair and replacement of damage arising from a covered loss and that there are no prior claims which Customer is aware of which would serve to preclude or reduce coverage under the above described policy(ies).

Customer's payment obligation to Contractor shall be satisfied by the assignment and delivery of all proceeds paid by the insurance company.

Property Address: 3038 S 109 St.

Customer Initials _____ Date 1/25/19

STATE OF NEBRASKA STANDARD NOTICE
EFFECTIVE JULY 19 2018

STATUTORY DISCLOSURE.  IN ACCORDANCE WITH THE
NEBRASKA INSURED HOMEOWNER'S PROTECTION ACT, PLEASE
BE ADVISED THAT YOU ARE AGREEING TO ASSIGN CERTAIN
RIGHTS YOU HAVE UNDER YOUR INSURANCE POLICY. WITH AN
ASSIGNMENT, THE RESIDENTIAL CONTRACTOR SHALL BE
ENTITLED TO PURSUE ANY RIGHTS OR REMEDIES THAT YOU,
THE INSURED HOMEOWNER, HAVE UNDER YOUR INSURANCE
POLICY. PLEASE READ AND UNDERSTAND THIS DOCUMENT
BEFORE SIGNING.  THE INSURER MAY ONLY PAY FOR THE COST
TO REPAIR OR REPLACE DAMAGED PROPERTY CAUSED BY A
COVERED PERIL, SUBJECT TO THE TERMS OF THE POLICY.

IT IS A VIOLATION OF THE INSURANCE LAWS OF NEBRASKA TO
REBATE ANY PORTION OF AN INSURANCE DEDUCTIBLE AS AN
INDUCEMENT TO THE INSURED TO ACCEPT A RESIDENTIAL
CONTRACTOR'S PROPOSAL TO REPAIR DAMAGED PROPERTY.
REBATE OF A DEDUCTIBLE INCLUDES GRANTING ANY
ALLOWANCE OR OFFERING ANY DISCOUNT AGAINST THE FEES
TO BE CHARGED FOR WORK TO BE PERFORMED OR PAYING THE
INSURED HOMEOWNER THE DEDUCTIBLE AMOUNT SET FORTH IN
THE INSURANCE POLICY. THE INSURED HOMEOWNER IS
PERSONALLY RESPONSIBLE FOR PAYMENT OF THE
DEDUCTIBLE. THE INSURANCE FRAUD ACT AND NEBRASKA
CRIMINAL STATUTES PROHIBIT THE INSURED HOMEOWNER
FROM ACCEPTING FROM A RESIDENTIAL CONTRACTOR A
REBATE OF THE DEDUCTIBLE OR OTHERWISE ACCEPTING ANY
ALLOWANCE OR DISCOUNT FROM THE RESIDENTIAL
CONTRACTOR TO COVER THE COST OF THE DEDUCTIBLE.
VIOLATIONS MAY BE PUNISHABLE BY CIVIL OR CRIMINAL
PENALTIES.

PROPERTY ADDRES:3038 S 109 ST
INSURED: _____          DATE: 6/25/19

**IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA**

MILLARD GUTTER COMPANY,                  )
a Corporation d/b/a MILLARD ROOFING      )    CASE NO: CI
AND GUTTER,                              )
                          Plaintiff,     )
                                         )
vs.                                      )    **PRAECIPE**
                                         )
SAFECO INSURANCE COMPANY., A             )
LIBERTY MUTUAL INSURANCE CO.             )
a/k/a LIBERTY MUTUAL INSURANCE           )
AGENCY a/k/a LIBERTY MUTUAL              )
INSURANCE GROUP, INC.,                   )
                          Defendant.     )

TO:    Clerk of the District Court for Douglas County, Nebraska.

       Please issue a Summons to be served with a copy of the Complaint upon
the Defendant State Farm Insurance Company at the following address:

       Registered Agent for Liberty Mutual
       CSC - Lawyers Incorporating Service, Co.
       233 South 13th St., Ste. 1900
       Lincoln, NE 68508

       DATED this 19th day of July 2023.

MILLARD GUTTER
COMPANY,
a Corporation d/b/a
MILLARD ROOFING
AND GUTTER, Plaintiff,

By:

Philip O. Cusic #25666
Anne Marcotte, #19802
Sodoro Law Group
13924 Gold Circle
Omaha, Nebraska 68144
(402) 504-9346
pcusic@sodorolaw.com
amarcotte@sodorolaw.com
*Attorneys for Plaintiff*

| SERVICE RETURN | Doc. No.   867029 |
|---|---|

```
                        Douglas District Court
                          1701 Farnam-Clerk of District Court
                          1717 Harney-Separate Juvenile Court
                        Omaha              NE 68183
To:
Case ID: CI 23    5723 Millard Gutter Com v. Safeco Insurance C
```

Received this Summons on _____,_____. I hereby certify that on

_____, _____ at _____ o'clock __M. I served copies of the Summons
upon the party:

_____

by _____

_____

_____

as required by Nebraska state law.

Service and return      $ _____

Copy                      _____

Mileage ____miles        _____

   TOTAL            $ _____

Date: _____    BY: _____
                                     (Sheriff or authorized person)

# CERTIFIED MAIL
# PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

_____

Postage $ _____    Attorney for: _____

The return receipt for mailing to the party was signed on _____, _____.

```
To: Safeco Insurance Co.          From: Philip O Cusic
    233 South 13th St                  1350 Woodmen Tower
    Suite 1900                         Omaha, NE 68102
    Lincoln, NE 68508
```

# ATTACH RETURN RECEIPT & RETURN TO COURT



CERTIFIED MAIL

7021 2720 0001 5355 0240



$10.69 US POSTAGE
7 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 1
RETAIL

082S0014950406
18498457
FROM 68144

stamps
endicia
08/09/2023

# USPS FIRST CLASS MAIL®

Sodoro Law Group        **0023**
13924 GOLD CIR
OMAHA NE 68144-2308

SHIP
TO:
Safeco Insurance Co.
233 S 13th St Ste 1900
Lincoln NE 68508-2000

## USPS CERTIFIED MAIL™



9414 7112 0620 3230 0934 18