IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MILLARD GUTTER COMPANY, a Corporation d/b/a MILLARD ROOFING AND GUTTER,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　Defendant. | 8:23CV404<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　This case is before the Court on the parties' Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by counsel for both parties. Filing 73. The parties stipulate to the dismissal of this action with prejudice, with the parties to bear their own costs and attorneys' fees. Accordingly,

　　　IT IS ORDERED that the parties' Stipulation of Dismissal with Prejudice, Filing 73, is accepted, and this case is dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

　　　Dated this 8th day of July, 2025.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge